UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO: WA:26-CR-00198(1)-CRW |
| | § | |
| (1) Jonathan Keith Kyser | § | |

**ORDER ACCEPTING GUILTY PLEA**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed November 10, 2026, wherein the defendant (1) Jonathan Keith Kyser waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) Jonathan Keith Kyser to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) Jonathan Keith Kyser's plea of guilty to Count One (1) is accepted.

Signed this 25th day of November, 2026.

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE